Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FINE FURNITURE (SHANGHAI) LIMITED ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Ct. No. 22-00211 |

**TO:** The Attorney General, the Department of Commerce and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. Plaintiffs in this action are Fine Furniture (Shanghai) Limited and Double F Limited, manufacturer/exporter of the subject merchandise. Plaintiffs were parties to the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs thus have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of the final results of the ninth administrative review of the countervailing duty order on Multilayered Wood Flooring From the People's Republic of China issued by the U.S. Department of Commerce's International Trade Administration. The contested final results were published in the *Federal Register* as *Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2019*, 87 Fed. Reg. 36,305 (Dep't of Commerce June 16, 2022) ("Final Results").
(Brief description of contested determination)

3. The Final Results were signed on June 10, 2022.

Form 3-2

    (Date of determination)

4. <u>The Final Results were published in the *Federal Register* on June 16, 2022.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Kristin H. Mowry</u>
Kristin H. Mowry
Jeffrey S. Grimson
Jill A. Cramer
Sarah M. Wyss
Bryan P. Cenko
Yixin (Cleo) Li
Jacob M. Reiskin
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Plaintiffs*

Date: <u>July 18, 2022</u>

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017, Sept. 18, 2018, eff. Oct. 15, 2018.).