# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| ZHEJIANG DADONGWU GREENHOME WOOD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 22-00207 |
| EVOLUTIONS FLOORING, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 22-00209 |
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD. and RIVERSIDE PLYWOOD CORP., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 22-00210 |

| | |
|---|---|
| FINE FURNITURE (SHANGHAI) LIMITED and DOUBLE F LIMITED )<br>)<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>   Defendant. )<br>) | Court No. 22-00211 |

**ORDER**

Upon consideration of defendant's consent motion to consolidate cases, and all other papers and proceedings in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated under the lead case *Baroque Timber Indus. (Zhongshan) Co. Ltd., et al. v. United States*, Consol. Ct. No. 22-00210.

Dated: September 20, 2022  
New York, New York

/s/ Timothy M. Reif  
Judge